UNITED STATES BANKRUPTCY
DISTRICT OF NEW JERSEY

In Re:

**Hugh Flinn**

Case No.: **10-30799**

Hearing Date: **8/30/10 @ 2:00 PM.**

Judge: Hon. Raymond T. Lyons, U.S.B.J.

ORDER TO SHOW CAUSE

The relief set forth on the following pages is    hereby **ORDERED**.

**DATED: 7/21/2010**

Honorable Judge Raymond T. Lyons
United States Bankruptcy Judge

Order Filed on 7/21/2010 by Clerk U.S. Bankruptcy Court District of New Jersey

**(Page 2)**
Debtor: **Hugh Flinn**

Case No: **10-30799**

Caption of Order:   Order to Show Cause

The following order is hereby entered:

This matter being opened to the court <u>sua sponte</u> and it appearing that the within debtor has filed A Certificate Of Credit Counseling on  **7/20/10**

    **IT IS HEREBY ORDERED** that the debtor show cause before this court on

**8/30/10  @ 2:00 PM.**
_____

or as soon thereafter as counsel may be heard in Courtroom #8, Second Floor of the Clarkson S.

Fisher United States Courthouse why an order should not be entered dismissing the above case for

failure to receive credit counseling within 180 days prior to the bankruptcy filing.

*Approved by Judge Raymond T. Lyons  July  21, 2010*

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: ndutko              Page 1 of 1              Date Rcvd: Jul 21, 2010
Case: 10-30799               Form ID: pdf903           Total Noticed: 1

The following entities were noticed by first class mail on Jul 23, 2010.
db           +Hugh Flinn,   26 Rockview Ave Apt 2,   North Plainfield, NJ 07060-4553

The following entities were noticed by electronic transmission.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Jul 23, 2010**                              **Signature:** _Joseph Speetjens_