Form 152 – ntcvacodischg

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 10–30799–RTL
Chapter: 7
Judge: Raymond T. Lyons Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Hugh Flinn
26 Rockview Ave Apt 2
North Plainfield, NJ 07060

Social Security No.:
xxx–xx–2095

Employer's Tax I.D. No.:

**NOTICE OF ORDER VACATING
AN ORDER OF DISCHARGE**

NOTICE IS HEREBY GIVEN that Order of Discharge of Debtor entered on October 13, 2010 as to

☑ debtor
☐ joint debtor

has been vacated effective October 21, 2010.

Dated: October 21, 2010
JJW: nmd

James J. Waldron
Clerk

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: ndutko              Page 1 of 1          Date Rcvd: Oct 21, 2010
Case: 10-30799                Form ID: 152              Total Noticed: 12

The following entities were noticed by first class mail on Oct 23, 2010.
db          +Hugh Flinn,    26 Rockview Ave Apt 2,    North Plainfield, NJ 07060-4553
smg          U.S. Attorney,    970 Broad St.,    Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg         +United States Trustee,    Office of the United States Trustee,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
510967586   +Advanced Neurology Center,    PO Box 1075,    Somerville, NJ 08876-1075
510967587   +Associated Radiologists,    PO Box 770,    Greenbrook, NJ 08812-0770
510967588   +Chase Visa,    PO Box 15153,    Wilmington, DE 19886-5153
510967589   +ID Associates PA,    105 Raider Blvd., Suite 101,    Hillsboro, NJ 08844-1528
511113165    NCO Portfolio Management,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
510967590   +Sears/Citibank,    PO Box 183081,    Columbus, OH 43218-3081
510967591   +Somerset Medical,    110 Rehill Ave,    Somerville, NJ 08876-2598
510967592   +Union Plus,    PO Box 1751,    Baltimore, MD 21203-1751
510967593    Woman Within/Lane Bryant,    PO Box 695728,    San Antonio, TX 78265

The following entities were noticed by electronic transmission.
NONE.                                                                                             TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2010**                          **Signature:** _Joseph Speetjens_